1  BARBARA J. PARKER, City Attorney – SBN 069722
   MARIA BEE, Chief Assistant City Attorney – SBN 167716
2  DAVID A. PEREDA, Special Counsel – SBN 237982
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California  94612
   Telephone:  (510) 238-6520, Fax:  (510) 238-6500
4  Email:        dpereda@oaklandcityattorney.org
   *32072/2902287*
5
   Attorneys for Defendant
6  CITY OF OAKLAND

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 ADANTE D. POINTER, an individual,          Case No. 3:19-cv-8428 SK

13                 Plaintiff,                 **STIPULATION RE VOLUNTARY DISMISSAL**

14         v.

15 CITY OF OAKLAND, a municipal corporation; and DOES 1-50, individually
   and in their official capacities as Police
16 Officers for the CITY OF OAKLAND,
   jointly and severally,
17
                   Defendant(s).
18

Pursuant to Civil L.R. 7-12, the parties stipulate as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(B), the parties agree that Plaintiff hereby dismisses the action without prejudice. Each side is to bear her own costs and fees.

Dated: February 4, 2020     Respectfully submitted,

BARBARA J. PARKER, City Attorney
DAVID A. PEREDA, Special Counsel

By:    /s/ David Pereda*
      Attorneys for Defendants
      CITY OF OAKLAND, et al

JOHN L. BURRIS
Law Offices of John L. Burris

By:    /s/ John L. Burris
      Attorney for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED

_____
HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE

*Per Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of the document has been obtained from each of the other Signatories.